IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHRISTOPHER M. WEBB, et al.,

   Plaintiffs,

     v.

SUNTRUST MORTGAGE, INC., et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:10-CV-307-TWT

## ORDER

This is an action arising out of a residential foreclosure proceeding. It is before the Court on the Report and Recommendation [Doc. 11] of the Magistrate Judge recommending granting the Defendants' Motion to Dismiss [Doc. 3]. For the reasons set forth in the thorough and well reasoned Report and Recommendation, the Plaintiff's Complaint fails to state a plausible claim for relief. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 3] is GRANTED.

SO ORDERED, this 23 day of July, 2010.

                /s/Thomas W. Thrash
                THOMAS W. THRASH, JR.
                United States District Judge